UNITED STATES DISTRICT COURT

EASENT DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | NO. 2:18-cv-721 WBS DB |
|---|---|
| Plaintiff, | |
| v. | |
| STATE OF CALIFORNIA and CALIFORNIA STATE LANDS COMMISSION, an agency of the State of California, | ORDER |
| Defendants. | |

| THE GEO GROUP, INC., | |
|---|---|
| Plaintiff, | NO. 2:20-cv-533 TLN AC |
| v. | |
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, and XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | |
| Defendants. | |

1

----oo0oo----

The court has received the Notice of Related Cases concerning the above-captioned cases filed on March 11, 2020. See Local Rule 123.  The court has, however, determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so.  This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

Dated: March 12, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE