XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
JOHN W. KILLEEN, SBN 258395
GABRIELLE D. BOUTIN, SBN 267308
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6053
  Fax: (916) 324-8835
  E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Governor Gavin Newsom and
Attorney General Xavier Becerra, in their official
capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE GEO GROUP, INC.,** | 2:20-cv-00533-TLN-AC |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND FOR BRIEFING DATES AND TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT; ORDER** |
| v. | |
| **GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California,** | Courtroom: 2, 15th Floor<br>Judge: The Honorable Troy L. Nunley<br>Trial Date: None set<br>Action Filed: March 9, 2020 |
| Defendants. | |

Plaintiff The GEO Group, Inc. and Defendants Governor Gavin Newsom and Attorney

General Xavier Becerra, in their official capacities, respectfully submit the following stipulation

and proposed order.

1

## **STIPULATION**

WHEREAS, Plaintiff filed the Complaint in this action on March 9, 2020, and served it on Defendants on March 17, 2020. ECF Nos. 1, 17, 18.

WHEREAS, on March 16, 2020, Plaintiff filed a Motion for Preliminary Injunction and noticed a hearing date of May 28, 2020. ECF No. 16.

WHEREAS, the parties have reached an agreement as to a hearing date and briefing schedule for Plaintiff's Motion for Preliminary Injunction, as well as Defendants' forthcoming motion to dismiss the Complaint.

The parties hereby STIPULATE that:

- Defendants' deadline to respond to the Complaint is extended from April 7, 2020 to May 14, 2020;

- Defendants shall file a combined motion to dismiss the Complaint and opposition to Plaintiff's Motion for Preliminary Injunction no later than May 14, 2020;

- Plaintiff shall file a combined reply in support of its Motion for Preliminary Injunction and opposition to Defendants' motion to dismiss the Complaint no later than May 28, 2020;

- Defendants shall file a reply brief in support of their motion to dismiss the Complaint no later than June 4, 2020; and,

- Both motions shall be heard on June 11, 2020.

**IT IS SO STIPULATED.**

Dated: March 25, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


*/s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Governor Gavin Newsom and*
*Attorney General Xavier Becerra, in their*
*official capacities*

Dated: March 25, 2020

*/s/ Charles J. Cooper*
Charles J. Cooper,* DC Bar No. 248070
Michael W. Kirk,* DC Bar No. 424648
J. Joel Alicea,* DC Bar No. 1022784
Steven J. Lindsay,* VA Bar No. 92363
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: ccooper@cooperkirk.com
*Appearing *Pro Hac Vice*

Michael B. McClellan, CBN 241570
NEWMEYER & DILLION LLP
985 Dove Street, Fifth Floor
Newport Beach, CA 92660
Telephone: (949) 854-7000
Email: Michael.McClellan@ndlf.com

*Attorneys for Plaintiff The GEO Group, Inc.*

## ORDER

**IT IS SO ORDERED.**

Dated: March 25, 2020

Troy L. Nunley
United States District Judge

3