Charles J. Cooper (Appearing *Pro Hac Vice*)
DC Bar No. 248070
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: ccooper@cooperkirk.com

Michael B. McClellan, CBN 241570
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Telephone: (949) 854-7000
Email: Michael.McClellan@ndlf.com

*Attorneys for Plaintiff The GEO Group, Inc.*




UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE GEO GROUP, INC.,

Plaintiff,

vs.

GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California,

Defendants.

CASE NO.: 2:20-cv-00533-TLN-AC

**STIPULATION TO CONTINUE HEARINGS AND BRIEFING DATES AND TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT; ORDER**

Courtroom: 2, 15th Floor
Judge: Hon. Troy L. Nunley

FILE DATE: March 9, 2020
TRIAL DATE: No Date Set

Plaintiff The GEO Group, Inc. ("Plaintiff"), and Defendants Governor Gavin Newsom and Attorney General Xavier Becerra ("Defendants"), in their official capacities, respectfully submit the following stipulation and proposed order.

/ / /

/ / /

/ / /

NEWMEYER DILLION

**STIPULATION**

WHEREAS, Plaintiff filed the Complaint in this action on March 9, 2020, and served it on Defendants on March 17, 2020. ECF Nos. 1, 17, 18.

WHEREAS, on March 16, 2020, Plaintiff filed a Motion for Preliminary Injunction and noticed a hearing date of May 28, 2020. ECF No. 16.

WHEREAS, on March 25, 2020, the parties submitted a Stipulation to Continue Hearing and for Briefing Dates and to Extend Defendants' Deadline to Respond to Complaint ("First Stipulation"). ECF No. 19.

WHEREAS, on March 26, 2020, the Court issued an Order adopting the First Stipulation and setting Defendants' deadline to respond to the Complaint, setting a briefing schedule for Defendants' combined motion to dismiss the Complaint and opposition to Plaintiff's Motion for Preliminary Injunction as well as the reply briefs (collectively, "Motions"), and setting the hearing on the Motions for June 11, 2020. ECF No. 20.

WHEREAS, in light of the continuing pandemic, it is uncertain whether the Court will be able to hold an in-person hearing on the Motions on June 11, 2020.

WHEREAS, the parties agree and respectfully submit to the Court that an in-person hearing will be conducive to the Court's resolution of this important case.

WHEREAS, the parties have reached further agreement as to a continued hearing date and briefing schedule for the Motions.

The parties hereby STIPULATE that:

- Defendants' deadline to respond to the Complaint is further extended from May 14, 2020 to <u>May 28, 2020</u>;
- Defendants shall file a combined motion to dismiss the Complaint and opposition to Plaintiff's Motion for Preliminary Injunction no later than <u>May 28, 2020</u>;

/ / /

/ / /

- Plaintiff shall file a combined reply in support of its Motion for Preliminary Injunction and opposition to Defendants' motion to dismiss the Complaint no later than June 11, 2020;
- Defendants shall file a reply brief in support of their motion to dismiss the Complaint no later than June 25, 2020; and
- The Motions shall be heard on August 20, 2020, at 2:00 PM.

**IT IS SO STIPULATED.**

Dated: May 6, 2020

By: */s/ Charles J. Cooper*
Charles J. Cooper,* DC Bar No. 248070
Michael W. Kirk,* DC Bar No. 424648
J. Joel Alicea,* DC Bar No. 1022784
Steven J. Lindsay,* VA Bar No. 92363
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: ccooper@cooperkirk.com
*Appearing *Pro Hac Vice*

By: */s/ Michael B. McClellan* (as authorized on May 6, 2020)
Michael B. McClellan, CBN 241570
NEWMEYER & DILLION LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
Telephone: (949) 854-7000
Email: Michael.McClellan@ndlf.com

*Attorneys for Plaintiff The GEO Group, Inc.*

NEWMEYER DILLION



Dated: May 6, 2020

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

By: */s/ Gabrielle D. Boutin* (as authorized on May 6, 2020)
Gabrielle D. Boutin
Deputy Attorney General
Attorneys for Governor Gavin Newsom and Attorney General Xavier Becerra, in their official capacities

**ORDER**

**IT IS SO ORDERED.**

Dated: May 7, 2020

Troy L. Nunley
United States District Judge