UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GEO GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendants. | No. 2:20-cv-00533-TLN-AC<br><br>**ORDER GRANTING LEAVE TO PARTICIPATE AS *AMICI CURIAE* AND TO FILE BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

The Court has reviewed the Motion of Immigration Legal Resources Center ("ILRC"), Faith in the Valley ("FIV"), and Inland Coalition for Immigrant Justice ("IC4IJ") for Leave to Participate as *Amici Curiae* and to File Memorandum as *Amici Curiae* in support of Defendants' Motion to Dismiss. (ECF No. 27.)  Finding such participation may be useful to the Court and good cause appearing therefor, the Motion is GRANTED.  The Court deems the Memorandum lodged with the Court at ECF No. 27-1 to be FILED.

IT IS SO ORDERED.

DATED: June 30, 2020

_____
Troy L. Nunley
United States District Judge